UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | Case Number: 7:08-CR-357 (GHL) |
| **JOSHUA L. WATSON** | |
| | Eric T. Swartz, Esq. |
| | Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere] as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** June 13, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $255.00, payable no later than 9/13/08. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original Count 1 of the Information is dismissed on motion of the United States.

_August 13, 2008_
Date of Imposition of Sentence

_August 19, 2008_
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge